JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER BRYANT, | No. CV 12-9753 JFW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN A. GOWER, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 10, 2013

JOHN F. WALTER
United States District Judge