JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ALEXANDER BRYANT,  ) No. CV 12-9753 JFW (FFM)
) 
         Petitioner, )
) JUDGMENT
  v. )
)
WARDEN A. GOWER, )
)
         Respondent. )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 10, 2013

JOHN F. WALTER
United States District Judge